# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 8, 2015

151501 & (20)(21)

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

CYNTHIA CZAR-MURRELL,
      Plaintiff-Appellant,

v

                                      SC: 151501
                                      COA: 326822
                                      Iosco CC: 14-008672-AV

ALDERSGATE APARTMENTS,
      Defendant-Appellee.

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the April 24, 2015 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for stay is DENIED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 8, 2015



t0505

                              Clerk